**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | : | |
|---|---|---|
| **KIMBERLY A. MONAGHAN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | **CASE NO. 5:07-CV-134 (HL)** |
| | : | |
| | : | |
| **MICHAEL J. ASTRUE, Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 11) filed August 11 , 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 5th day of September, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**